IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA RECEIVED

2005 JUL 26  A 9 34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

James W Bailey IV )
_____ )
Full name and prison number )
of plaintiff(s) )
)
)
v. ) CIVIL ACTION NO. 1:05-CV-419-T
) (To be supplied by Clerk of
Houston County Jail et al ) U.S. District Court)
)
Col Rogers C/o Cerskie C/o Ms Moore ) 1:05 CV 688 F
)
Sgt Renolds Sgt C/o C/o Lainie )
)
(ect) Houston County )
)
Sheriffs DPt )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.    PREVIOUS LAWSUITS
      A.    Have you begun other lawsuits in state or federal court
            dealing with the same or similar facts involved in this
            action? YES ( X ) NO ( )

      B.    Have you begun other lawsuits in state or federal court
            relating to your imprisonment? YES ( ) NO ( X )

      C.    If your answer to A or B is yes, describe each lawsuit
            in the space below. (If there is more than one lawsuit,
            describe the additional lawsuits on another piece of
            paper, using the same outline.)

            1.    Parties to this previous lawsuit:

                  Plaintiff(s) James W Bailey _____

                  _____

                  Defendant(s) Lamar Glover on C/o CO Fitzgerald

                  Sgt Bonnia Sgt Marshal CO Moon CO Moore co, Huchenson, Goodson

            2.    Court (if federal court, name the district; if
                  state court, name the county) middle District

                  Sothern Devision _____


SCANNED
DMV 7/27/00


SCANNED
7/29/05

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _Judge Delores R Boyd_____

5. Disposition (for example: Was the case dismissed?
   Was it appealed? Is it still pending?) _pending_
   _____

6. Approximate date of filing lawsuit _May 9th 2005_

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Kilby corections_
    _____

    PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Houston county_
    _Jail_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
     CONSTITUTIONAL RIGHTS.
     
     NAME                          ADDRESS

1. _Officer Rogers_____   _901 E main St Dothan A_
2. _Officer Ceiskie_____   _ll      lc      lc_
3. _Officer ms Moore____   _ll      cc      ll_
4. _Officer ms Lainie___   _ll      lc      lc_
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _6-21-05_
    _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
   THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

   GROUND ONE: _Officers grabed me and pushed me_
   _around threatend me and Hit me in the Head_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.   (State as best you can the time, place and manner and person involved.)

time was around 3:00 PM on 6-21-05 In iT Pod Houston County Jail C°/ Rogers C°/cerskie M6 moore ms Lainie, thay were shoving me grabing my throrpot throat throw me around Hitt me in the Head and thretend my life

GROUND TWO:  Officer Rogers pointed a large hand gun at me through a window. like he would get me.

SUPPORTING FACTS:  Medical Records, Nurses Reports pictures and a vidio camera, of after the Fact

GROUND THREE:  I was threated my life and Put in Danger and was conflictied to cruel and unusual punishment

SUPPORTING FACTS:  More than 20 inmates seen the assult and are willing to testify

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

add this to the circumstances and part
Of my evedance of my lawsuit

_Signature of plaintiff(s)_

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on 7-25-05                  .
(Date)

_Signature of plaintiff(s)_

4

This is a complaint on c/o Rogers, c/o Cerskie, c/o Ms, Moore, and one other female officer Laing at or about 3:00 PM on the 6-21-05 I was Brought in I pod, and placed in I-6 shortly there after I was able to open my Door Becouse it was pop(to open mechanicaly) I was showing my personal Legal work Rogers Recagnized it as an artical about me Being assulted By His co workers. He ran up to me in a cage when I seen He was mad I put the artical in with the rest of my Legal work. He told my legal work from me and grabed me By the throught I keeped my Hands locked Behind my Back He pushed me against the wall then the Bed the said I was Fucking with the wrong on He said sue me I got attornys to thake care of you I told him I wold Have His Job He poped me in the Head and said He was looking for a Job when He found This one. He stuck His taser Gon in my face and Said He autos Shot me for the Hell of it Cerskie Was agging it on I've got a bump on my Fore Head and a bruse on my neck an Back, I am scared for my life and cant use the phone or contact any one at all

This is a Statement, to wit is true and accurate. On 6-21-2005 at approximotly 15:20 PM eln mate James william Baileys Door #6 was opened inmate Bailey went in to the caged in arch and was talking to sameul Hunter another inmate el "Bailey" showed sameul Hunter a copy of some legal meterial one of which is a copy and evedence of my lawsuit that ran in the news paper s/o Rogers Saw what it was and yeld at me and told me to go in my room the Door had locked where el could not go into my room rogers grabed me By my (thiought) trote and Had my Door opeened while Holding the Back of my neck He shoved me into my Room He through me on my Bed el told Him el would file a 1983 Form on Him. He told me He was looking For a Job when He found this one He was pointing a tazer gun at me.