IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES W. BAILEY, IV, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:05-CV-0688-MEF |
| | )         [WO] |
| HOUSTON COUNTY JAIL, et al., | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on March 23, 2006, (Doc. 3), that this case be dismissed without prejudice for Plaintiff's failure to comply with the orders of this court.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

Done this the 13th day of April, 2006.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE