IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES W. BAILEY, IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-CV-0688-MEF |
| | ) | [WO] |
| HOUSTON COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER,

JUDGMENT, and DECREE of the court as follows:

(1)    The recommendation of the United States Magistrate Judge entered on

March 23, 2006 (Doc. 3), is adopted.

(2)    This case is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 13th day of April,  2006.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE